IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GROVANO INC., | ) | |
| individually and on behalf of all | ) | |
| others similarly situated, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:24-cv-00404-JKP-HJB |
| | ) | |
| UNITED ENROLLMENT SERVICES, | ) | |
| LLC, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel of record for Plaintiff in the above-captioned matter.

Dated: November 7, 2024

                                   */s/ Andrew Roman Perrong*
                                   Andrew Roman Perrong, Esq.
                                   Perrong Law LLC
                                   2657 Mount Carmel Avenue
                                   Glenside, Pennsylvania 19038
                                   Phone: 215-225-5529 (CALL-LAW)
                                   Facsimile: 888-329-0305
                                   a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: November 7, 2024

                                   */s/ Andrew Roman Perrong*
                                   Andrew Roman Perrong, Esq.

1