UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GROVANO INC., Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-24-CV-404-JKP (HJB) |
| UNITED ENROLLMENT SERVICES, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Movant's Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff filed by Attorney Paulina Almanza and Almanza Terrazas PLLC. (Docket Entry 29.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 4.)

It is hereby **ORDERED** that Movant's motion (Docket Entry 25) is **GRANTED** and Paulina Almanza and Almanza Terrazas PLLC are withdrawn as counsel of record for Plaintiff.[1]

**SIGNED** on November 12, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] The Court notes that there is an Entry of Appearance for the Plaintiff filed by attorney Andrew Roman Perrong on November 7, 2024. (*See* Docket Entry 30.)