IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GROVANO INC., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:24-cv-00404-JKP-HJB |
| UNITED ENROLLMENT SERVICES, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Grovano Inc. and Defendants United Enrollment Services LLC ("UES") and Neo Insurance Solutions LLC ("NEO") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice, and without prejudice as to any claims of the putative class members, and with Plaintiff, UES, and NEO bearing their own respective fees and costs.

1

SO STIPULATED:

/s/ Andrew Roman Perrong
Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Counsel for Plaintiff*

| | |
|---|---|
| /s/ Mitchell N. Roth | Joseph P. Bowser, *pro hac vice* |
| Mitchell N. Roth | Roth Jackson Gibbons Condlin, PLC |
| Roth Jackson Gibbons Condlin, PLC | 1519 Summit Ave., Suite 102 |
| 8200 Greensboro Drive, Suite 820 | Richmond, VA 23230 |
| McLean, VA 22102 | 804-441-8701 |
| 703-485-3535 | Fax: 804-441-8438 |
| Email: mroth@rothjackson.com | Email: jbowser@rothjackson.com |

*Counsel for United Enrollment Services LLC*

| | |
|---|---|
| /s/ Matthew D. Giadrosich | |
| Matthew D. Giadrosich | Yaniv Adar, *pro hac vice* |
| Mark Wilson Stout | Stephanie Peral, *pro hac vice* |
| Padfield & Stout, LLP | Mark Migdal & Hayden |
| 100 Throckmorton Street, Suite 700 | 80 SW 8th Street |
| Fort Worth, TX 76102 | Suite 1999 |
| 817-338-1616 | Miami, FL 33130 |
| Email: mdg@padfieldstout.com | 305-374-0440 |
|     mstout@padfieldstout.com | 305-367-8650 |
| | Email: yaniv@markmigdal.com |
| |     stephanie@markmigdal.com |

*Counsel for Defendant Neo Insurance Solutions LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 20, 2024, I electronically filed the foregoing Stipulation of Dismissal with Prejudice using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record as follows:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Counsel for Plaintiff*

Yaniv Adar
Stephanie Peral
Mark Migdal & Hayden
80 SW 8th Street, Suite 1999
Miami, FL 33130
Email: yaniv@markmigdal.com
         stephanie@markmigdal.com

Jessica N. Alt
Mark Wilson Stout
Matthew D. Giadrosich
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102
Email: jalt@padfieldstout.com
         mstout@padfieldstout.com
         mdg@padfieldstout.com

*Counsel for Grovano Inc.*

                                          ___/s/ Andrew Roman Perrong_____
                                          Andrew Roman Perrong